# United States District Court

FILED
AUG 14 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

**In the matter of the Search of**

(Name, address or brief description of person, property or premises to be searched)

HP Pavilion personal computer,
serial number CNH5380NN8

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:06mj80-SRW

I, __Timothy C. Fitzpatrick__ being duly sworn depose and say:

I am a(n) __Special Agent__ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

HP Pavilion personal computer, serial number CNH5380NN8

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

SEE AFFIDAVIT

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense, contraband, and property that has been used as a means of committing a criminal offense**

concerning violations of Title __26 United States Code, Sections 5822, 5841, 5861(d) & 5871__.

The facts to support the issuance of a Search Warrant are as follows:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

August 8, 2006                             at   Montgomery, Alabama

Date                                              City and State

Susan Russ Walker, U.S. Magistrate Judge     _____

Name and Title of Judicial Officer                Signature of Judicial Officer

<u>SEARCH WARRANT AFFIDAVIT</u>

I, Timothy C. Fitzpatrick, being duly sworn, depose and state;

I am a Special Agent of the United States Justice Department's Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since August 2004. I am currently assigned to the Montgomery Field Office and have participated in numerous investigations that fall under the investigative jurisdiction of ATF including, but not limited to, violations involving the unlawful manufacture and possession of firearms, explosives and destructive devices.

I am a graduate of the New Orleans Police Academy and served as a New Orleans Police Officer from 1992 to 1997. I am also a graduate of the Louisiana State Police Academy and served as a Louisiana State Trooper from 1997 until 2004. Additionally, I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training program. I also have a Bachelor's degree in Criminal Justice from Loyola University in New Orleans.

I make this affidavit in support of a warrant to search a HP Pavilion personal computer serial number CNH5380NN8 and any hard disk drives (HDD) contained within for hardware, software, hard drives, files, directories, subdirectories, data banks, magnetic, optical and electronic data storage, records, documentation, materials, information, images and data pertaining to the unlawful manufacture and possession of firearms, explosives or destructive devices and related violations. The listed items are currently located at the ATF Field Office in Chattanooga, Tennessee.

Recently, I conferred with ATF Special Agent and Digital Investigator Neil Harper of the Chattanooga Field Office. SA Harper has special training and knowledge regarding computer

1

forensic examinations and has more than 250 classroom hours of computer forensic related training. SA Harper said that he knows that electronic digital media may be utilized by one engaging in criminal activity in two distinct and important respects: (1) as instrumentalities for the violations of Federal laws enumerated herein and (2) as devices used in conjunction with the collection and storage of electronic data and records. Specifically, according to SA Neil Harper, the Internet has numerous sites dedicated to explaining and detailing the construction of homemade silencers. Many of these sites detail the use of common household items that can be fashioned into devices to silence firearms. These items range from common soda bottles to lengths of metal containing steel wool or other substances. In addition, the Internet contains information on the design and construction of homemade destructive devices, pipe bombs and improvised explosive devices. These sites often detail specific types of explosive powder to achieve maximum explosive effect and suggests items suited for shrapnel. Shrapnel is often found inside homemade destructive devices and/or pipe bombs to inflict maximum injury to life and property.

Finally, I am aware that the search and seizure of electronic digital media, hardware, software, documentation, passwords and data security devices, both as instrumentalities of criminal activity or as storage devices for evidence thereof, is contemplated in and permitted by Rule 41 of the Federal Rules of Criminal Procedure.

<u>Items to be seized as instrumentalities</u>

Electronic digital media is described as any and all computer equipment, including any electronic devices which are capable of collecting, analyzing, creating, displaying, converting, storing, concealing or transmitting electronic, magnetic, optical or similar computer impulses or data.

2

The item specifically described herein is the HP Pavilion personal computer serial number CNH5380NN8 and any hard disk drives contained within which were found at 1708 Formosa Court Deatsville, Alabama, on June 21, 2006, and seized as evidence pursuant to the Federal search warrant which was issued in the Middle District of Alabama case number 2:06mj66-CSC. It is believed that the electronic digital media described above was used prior to and in relation to the commission of certain Federal criminal offenses.

As a result of the previous search warrant executed on June 21, 2006, ATF Agents seized, among other items, multiple firearms and ammunition, as well as:

Three homemade firearm silencers;

One envelope (US Mail) containing a Weihrauch German firearm silencer;

Six bottles of Tannerite Binary Explosive;

Two suspected homemade pipe bombs, one containing shrapnel;

Two suspected 37mm improvised explosive devices;

One container of Pyrodex black powder;

One box of homemade firework devices.

Additionally, inside of the box which contained the Weihrauch silencer, there were instructions which included the Uniform Resource Locator (URL) http://www.weihrauch-sport.de/. On July 12, 2006, I accessed this web site which is the domain for "Weihrauch Sport" which advertises silencers for sale and indicates they are made in Germany. In addition, your Affiant secured evidence that ADAM ROBINSON has previously had access to the Internet because documents recovered from the initial search warrant at 1708 Formosa Court, Deatsville, Alabama, show access to an Internet site belonging to Alabama Department of Public Safety. According to the recovered documents, the site was accessed on 6/10/2006. The recovered documents include the

following Internet website address: http://www.dps.state.al.us/public/highwaypatrol/mc/points.asp. According to my investigation, this website is used to calculate points accrued against an individual driver's license for various traffic infractions. Your Affiant knows that ADAM ROBINSON is a truck driver and as such would have cause to access the Internet to calculate points against his driver's license. Finally, the HP Pavilion personal computer serial number CNH5380NN8 was recovered in an area of 1708 Formosa Court, Deatsville, Alabama, surrounded by ADAM ROBINSON's personal belongings. These items included various bills, check registers and documents showing his access and use of the HP Pavilion personal computer serial number CNH5380NN8. During the search of 1708 Formosa Court, Deatsville, Alabama, another personal computer was located however there was minimal evidence of use or access by ADAM ROBINSON.

      Based upon the recovery of the homemade silencers, the homemade pipe bombs, two suspected improvised explosive devices, documentation containing a Uniform Resource Locator for a German company that manufactures firearm silencers and evidence of ROBINSON's Internet usage, your Affiant believes there is probable cause that the previously seized HP Pavilion personal computer serial number CNH5380NN8 and any hard disk drives contained within, contain evidence supporting a violation of Title 26, United States Code, Sections 5822, 5841, 5861(d), and 5871. These federal statutes criminalize the possession and/or unlawful manufacture of silencers, firearms, destructive devices and improvised explosive devices that have not been registered in the National Firearms Registration and Transfer Record. Probable cause exists to believe that the HP Pavilion personal computer serial number CNH5380NN8 was used to access Internet sites that contain instructions and design specifications to aid manufacturing homemade silencers, pipe bombs and improvised explosive devices similar to those recovered on June 21, 2006, and that the HP Pavilion

4

personal computer serial number CNH5380NN8 was used to order, via the Internet, the Weihrauch German firearms silencer.

Finally, based upon the my knowledge and experience, I know that it is common for people who possess firearms and explosives and who manufacture firearms and explosives to keep publications about firearms and also to research and purchase related items on the Internet using a computer.

<u>Items to be seized as evidence</u>

This data may be more fully described as any information stored in the form of electronic, magnetic, optical or other coding capable of being read by a computer or computer-related equipment. The terms "records, documents and materials, including those used to facilitate communications" as used above and includes all of the foregoing items of evidence in whatever form and by whatever means such records or their modifications may have been created or stored including, but not limited to, items identified in the following definitions. Because such information is believed to have been used to facilitate the unlawful activities of Mr. Robinson, probable cause exists to search such media as property that constitutes evidence of the commission of a criminal offense.

The following definitions are applicable herein;

<u>Hardware.</u> Computer hardware consists of all equipment that can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes, but is not limited to, any data-processing devices such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers; internal and peripheral storage devices such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, transistor-like binary devices, and other

5

memory storage devices; peripheral input/output devices such as keyboards, printers, scanners, plotters, video display monitors, and optical readers; and related communication devices such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices; as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware such as physical keys and locks.

<u>Software.</u>  Computer software is digital information that can be interpreted by a computer and any of its related components to direct the way they work.  Software is stored in electronic, magnetic, optical, or other digital form.  It commonly includes programs to run operating system applications like work processing, graphics, or spreadsheet programs, utilities, source code, object code, compilers, interpreters, and communications programs.

<u>Documentation.</u>  Computer related documentation consists of written, recorded, printed, or electronically stored material that explains or illustrates how to configure or use computer hardware, software, or other related items.

<u>Passwords and Data Security Devices.</u>  Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data.  Data security devices may consist of hardware, software, or other programming code.  A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices.  Data security hardware may include encryption devices, chips, and circuit boards.  Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain preset security functions when touched.  Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

Forms of Information. The terms "record", "documents" and "materials" include all of the foregoing items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including, but not limited to, any handmade form (such as writing, drawing, with any implement on any surface, directly or indirectly); any photographic form, such as microfilm, microfiche, photocopies; any mechanical form such as printing or typing; any electrical, electronic or magnetic form such as cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, backup tapes, CD-ROMS, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from any magnetic storage device.

### Seizure of equipment and data

Based upon the information provided to me by SA Harper who has special knowledge and experience in the field of computer forensics, I know that in order to completely and accurately retrieve data maintained in electronic digital media, to insure accuracy and completeness of such data and to prevent the loss of the data either from accidental or programmed destruction, it is often necessary that the digital media seized be forensically copied and the evidence copy be subsequently processed by a qualified computer specialist all in a laboratory setting.

### Analysis of electronic data

The analysis of electronically stored data may entail any or all of several different techniques. Such techniques may include, but shall not be limited to, surveying various file "directories" and the individual files they contain. This is analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files; "opening" or reading the first few "pages" of such files in order to determine their precise contents;

"scanning" storage areas to discover and possibly recover recently deleted data; scanning storage areas for deliberately hidden files; or performing electronic "key-word" searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation.

Therefore, based on the information contained within this affidavit, I believe there is probable cause that evidence of Federal firearms and explosives violations currently exists within the electronic digital media heretofore described.

Timothy C. Fitzpatrick, Affiant
ATF Special Agent

Sworn before me this
8th day of August 2006

Susan Russ Walker
United States Magistrate Judge